IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LISSA SNYDER                                                               PLAINTIFF

VS.                                                          NO. 3:07cv255TSL-JCS

FORD MOTOR COMPANY AND
ASBURY MS WIMBER, LLC D/B/A GRAY-DANIELS
AUTO WORLD                                                              DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss the Complaint and this cause of action filed against the Defendants with prejudice, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses, including attorney's fees.

ORDERED AND ADJUDGED THIS THE 24th DAY OF  MARCH,  2008.

/s/Tom S. Lee
TOM S. LEE
UNITED STATES SENIOR DISTRICT COURT
JUDGE

AGREED TO BY:

/s/Carroll E. Rhodes
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye
ATTORNEY FOR DEFENDANTS